IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

FILED
OCT 23 PM 12:56
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

| | | |
|---|---|---|
| CYNTHIA ARADILLAS, Plaintiff, | § § § | |
| V. | § § | 5:21-cv-00160 |
| LAREDO COLLEGE, Defendant, | § § § | |

### JUDGE SALDAÑA'S IMMEDIATE ATTENTION REQUIRED
### UNOPPOSED
### PRO SE PLAINTIFF'S MOTION
### FINAL JUDGMENT ON FOUR UNOPPOSED SUMMARY JUDGMENT MOTIONS

## TO THE HONORABLE JUDGE DIANA SALDAÑA:

**NOW COMES DR. CYNTHIA ARADILLAS** (Pro Se Plaintiff) moves this Court for an Order Granting Final Judgment for Unopposed Motions against Laredo College (Defendant).

GOOD CAUSE exist if its necessary for this motion to leave and include:
pursuant to the Local Rules of the United States District Court FOR THE SOUTHERN DISTRICT OF TEXAS, Dr. Aradillas (Pro Se Plaintiff) respectfully requests that Judge Saldaña **complies** with **LR7.2** *Unopposed Motions* and grants Dr. Aradillas four (4) unopposed summary judgments motions with a Final Judgment ruling in her favor.

### LR7.2 UNOPPOSED MOTIONS (LOCAL RULE)
*Motions without opposition and their proposed orders must bear in their caption "unopposed." They will be considered as soon as it is practicable.*

### DR. CYNTHIA ARADILLAS' UNOPPOSED MOTIONS

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION

1. **UNOPPOSED MOTION** On June 10, 2024 Dr. Aradillas filed [Dkt. 86]
   MOTION FOR RULING ON PLAINTIFF'S TRADITIONAL MOTION FOR
   SUMMARY JUDGMENT ON LIABILITY [Dkt. 80].

2. **UNOPPOSED MOTION** On April 22, 2024 Dr. Aradillas filed **Plaintiff's Third (3rd) Amended Traditional Motion for Partial Summary Judgment on Liability** [Dkt. 80].

COUNT 1 -Retaliation and First Amendment Violations
COUNT 2 -Retaliation and First Amendment Violations
COUNT 3 -Retaliation, Gender Discrimination and First Amendment Rights
COUNT 4 -Retaliation
COUNT 5 -Retaliation
COUNT 6 -Retaliation
COUNT 7 -Breach of Contract

3. **UNOPPOSED MOTION** On February 8, 2024 Dr. Aradillas filed **Plaintiff's Second Amended Traditional Motion for Partial Summary Judgment on Liability [Dkt. 62].**

COUNT I - Breach of Contract
COUNT 2 - Retaliation
- Discharge of Public Employee
- Equal Employment Opportunity Commission Violations of Title VII of Civil Rights
    Act of 1964, as Amended
- Open Records Act / Public Information Act
- College policy
- Equal Employment Opportunity Commission Charge 451-2019-03410 [Exhibit 15];
    Right to Sue Date September November 29, 2019 [Exhibit 16]
-Equal Employment Opportunity Commission Charge 451-2020-03363 [Exhibit 17];
    Right to Sue Date January 6 , 2021 [Exhibit 18]
-Equal Employment Opportunity Commission Charge 451-2021-0230 [Exhibit 19];
    Right to Sue Date September 29, 202 1 [Exhibit 20]

4. **UNOPPOSED MOTION** On January 12, 2024 Dr. Aradillas filed **Plaintiff's Traditional Motion for Partial Summary Judgment on Liability [Dkt. 55].**

COUNT I -Breach of Contract

### BASIS FOR UNOPPOSED MOTION

On June 10, 2024 **[Dkt. 86]** Dr. Aradillas filed her Motion for a court ruling in her favor due to Laredo College's failure to respond to her summary judgments motions; however, the court disregarded her Motion and **LR7.2** *Unopposed Motions*.

Judge Saldaña has another opportunity to comply with **LR7.2** *Unopposed Motions* and *"considered as soon as it is practicable"* and grant the Final Judgment ruling on Dr. Aradillas' summary judgment motions as required by rule **LR7.2** *Unopposed Motions*

Dr. Aradillas repeats and respectfully requests that the court complies LR7.2 and grants a Final Judgment ruling for her unopposed summary judgment motions. Laredo College had more than sufficient time to respond to Dr. Aradillas; however, Laredo College did not oppose Dr. Aradillas motions because it is impossible to dispute her claims even though the court has always eagerly and happily granted Laredo College's extensions to respond to the summary judgment.

Instead of responding to the final opportunity to submit a response, Laredo College's lawyer (Craig Wood) enjoyed a vacation. Is Laredo College aware?

**WHEREFORE, PREMISES CONSIDERED, DR. CYNTHIA ARADILLAS,** Pro Se Plaintiff respectfully requests that this UNOPPOSED PRO SE PLAINTIFF'S MOTION FOR FINAL JUDGMENT ON FOUR UNOPPOSED SUMMARY JUDGMENT MOTIONS is granted in the Plaintiff's favor, and the court also orders any all such further relief to which the Pro Se Plaintiff is justly entitled.

Respectfully Submitted,

*[signature]*

PRO SE PLAINTIFF
DR. CYNTHIA ARADILLAS
9804 Starla Court
Laredo, Texas 78045
E-Mail: samaria4@email.phoenix.edu
Telephone (956) 231-3820

ATTORNEYS FOR DEFENDANT
Craig Wood E-Mail: cwood@wabsa.com
Katie E. Payne E-Mail: kpayne@wabsa.com
WALSH GALLEGOS KYLE ROBINSON & ROALSON, P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
Tel No.: (210) 647-5122
Fax.: (210) 647-5421

CERTIFICATE OF SERVICE: I hereby certify that on October 23, 2024, copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and sent to the Defendant's Attorneys via E-Mail to the following addresses: Mark Baeza E-Mail: mbaeza@wabsa.com, Katie E. Payne E-Mail: kpayne@wabsa.com Craig Wood cwood@wabsa.com of WALSH GALLEGOS KYLE, ROBINSON & ROALSON, P.C.