IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

FILED
2025 MAR 14 PM 1:54

| | | |
|---|---|---|
| CYNTHIA ARADILLAS,<br>Pro Se Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | 5:21-cv-00160 |
| LAREDO COLLEGE,<br>Defendant, | §<br>§<br>§ | |

## DR. CYNTHIA ARADILLAS' NOTICE OF APPEAL

**NOW COMES DR. CYNTHIA ARADILLAS.**, as a reluctant Pro Se Plaintiff in the above entitled and numbered cause, Dr. Aradillas files her desire to Appeal the Court ORDER (Dkt. 111) made on March 5, 2025.

The Southern District Of Texas Laredo Division Court is in violation of RULES in Dr. Aradillas' case. In addition, as of today, March 14, 2025, Dr. Aradillas has made Summary Judgment Motions that are dismissed by the Southern District Of Texas Laredo Division Court, the Defendant never responded to them, and Dr. Aradillas' Motions for Hearings are rejected.

Attached are two (2) Motions for Hearings that Dr. Aradillas made before and after the Court ORDER (Dkt. 111)

1. REJECTED: January 10, 2025

   ORDER SETTING HEARING PRO SE PLAINTIFF'S MOTION FOR TRADITIONAL SUMMARY JUDGMENT

2. REJECTED: March 13, 2025

ORDER GRANTING PRO SE PLAINTIFF'S OBJECTION TO ORDER (Dkt.111)
AND MOTION FOR WITHDRAWAL OF ORDER (Dkt.111)
AND MOVES FOR THE FINAL JUDGMENT IN DR. ARADILLAS' FAVOR
ORDER SETTING HEARING

PRO SE PLAINTIFF

*/s/ Dr. Cynthia Aradillas* (signature)

/s/ DR. CYNTHIA ARADILLAS
9804 Starla Court
Laredo, Texas 78045
E-Mail: samaria4@email.phoenix.edu

Telephone (956) 231-3820

ATTORNEYS FOR DEFENDANT
Craig Wood E-Mail: cwood@wabsa.com
Katie E. Payne E-Mail: kpayne@wabsa.com
WALSH GALLEGOS TREVIÑO KYLE & ROBINSON, P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78216
Tel No.: (210) 979-6633
Fax.: (210) 979-7024

CERTIFICATE OF SERVICE: I hereby certify that on March 14, 2025, copy of the above and foregoing document was electronically filed with the Clerk of the Court using the electronic system and sent to the Defendant's Attorneys via E-Mail to the following addresses: Mark Baeza E-Mail: mbaeza@wabsa.com, Katie E. Payne E-Mail: kpayne@wabsa.com Craig Wood cwood@wabsa.com of WALSH GALLEGOS KYLE, ROBINSON & ROALSON, P.C.