IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA ARADILLAS, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 5:21-cv-00160 |
| | § | |
| LAREDO COLLEGE, | § | |
| Defendant. | § | |

## ORDER GRANTING
### PRO SE PLAINTIFF'S OBJECTION TO ORDER (Dkt.111) AND MOTION FOR WITHDRAWAL OF ORDER (Dkt.111) AND MOVES FOR THE FINAL JUDGMENT IN DR. ARADILLAS' FAVOR

### ORDER SETTING HEARING

Came to be heard this day the Request For PRO SE PLAINTIFF'S **OBJECTION** TO ORDER (Dkt. 111) AND MOTION FOR WITHDRAWAL OF ORDER (Dkt.111) AND MOVES FOR THE FINAL JUDGMENT IN DR. ARADILLAS' FAVOR, Be Ruled in favor of the Plaintiff Dr. Cynthia Aradillas.

The Court, having reviewed and considered the said Motion, and having reviewed the items on file herein, is of the opinion that said Motions should Be Ruled in favor of the Plaintiff Dr. Cynthia Aradillas.

It is hereby ORDERED that the Request For PRO SE PLAINTIFF'S **OBJECTION** TO ORDER (Dkt. 111) AND MOTION FOR WITHDRAWAL OF ORDER (Dkt.111) AND MOVES FOR THE FINAL JUDGMENT IN DR. ARADILLAS' FAVOR
Be Ruled in favor of the Plaintiff Dr. Cynthia Aradillas and the same is hereby GRANTED.

IT IS SO ORDERED on this the _____ day of _____, 2024.

ORDER SETTING HEARING: Therefore, Pro Se Plaintiff, Dr. Cynthia Aradillas, has filed her Motion for a hearing pursuant to her Traditional Motion for Summary Judgment under Federal Rules of Civil Procedure under Rule 56. Summary Judgment and Rule 78. Hearing Motions; Submission on Briefs.

2.

The Court, having review the Motion, nearby sets the matter for hearing on the

_____ day of _____ 2025, at _____ o'clock a.m./p.m.

_____
Honorable Diana S. Saldaña
United States District Judge

PRO SE PLAINTIFF

/s/ DR. CYNTHIA ARADILLAS
9804 Starla Court
Laredo, Texas 78045
E-Mail: samaria4@email.phoenix.edu
Telephone (956) 231-3820

ATTORNEYS FOR DEFENDANT
Craig Wood E-Mail: cwood@wabsa.com
Katie E. Payne E-Mail: kpayne@wabsa.com
WALSH GALLEGOS TREVIÑO KYLE & ROBINSON, P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78216
Tel No.: (210) 979-6633
Fax.: (210) 979-7024

CERTIFICATE OF SERVICE: I hereby certify that on March 13, 2025, copy of the above and foregoing document was electronically filed with the Clerk of the Court using the electronic system and sent to the Defendant's Attorneys via E-Mail to the following addresses: Mark Baeza E-Mail: mbaeza@wabsa.com, Katie E. Payne E-Mail: kpayne@wabsa.com Craig Wood cwood@wabsa.com of WALSH GALLEGOS KYLE, ROBINSON & ROALSON, P.C.