IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA ARADILLAS,<br>Pro Se Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | 5:21-cv-00160 |
| LAREDO COLLEGE,<br>Defendant, | §<br>§<br>§ | |

## ORDER SETTING HEARING
## PRO SE PLAINTIFF'S MOTION FOR
## TRADITIONAL SUMMARY JUDGMENT

Pro Se Plaintiff, Dr. Cynthia Aradillas, has filed her Motion for a hearing pursuant to her Traditional Motion for Summary Judgment under Federal Rules of Civil Procedure under Rule 56. Summary Judgment and Rule 78. Hearing Motions; Submission on Briefs. The Court, having review the Motion, nearby sets the matter for hearing on the _____ day of _____ 2025, at _____ o'clock a.m./p.m.

So ORDERED this _____ day of _____ 2025.

                                         _____
                                         Honorable Judge DIANA SALDAÑA
                                         District Court

                                         PRO SE PLAINTIFF
                                         /s/DR. CYNTHIA ARADILLAS

5.

9804 Starla Court
Laredo, Texas 78045
E-Mail: samaria4@email.phoenix.edu
Telephone (956) 231-3820

ATTORNEYS FOR DEFENDANT
Craig Wood E-Mail: cwood@wabsa.com
Katie E. Payne E-Mail: kpayne@wabsa.com
WALSH GALLEGOS TREVIÑO KYLE & ROBINSON, P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78216
Tel No.: (210) 979-6633
Fax.: (210) 979-7024

CERTIFICATE OF SERVICE: I hereby certify that on January 10, 2025, copy of the above and foregoing document was electronically filed with the Clerk of the Court using the electronic system and sent to the Defendant's Attorneys via E-Mail to the following addresses: Mark Baeza E-Mail: mbaeza@wabsa.com, Katie E. Payne E-Mail: kpayne@wabsa.com Craig Wood cwood@wabsa.com of WALSH GALLEGOS KYLE, ROBINSON & ROALSON, P.C.

6.