United States District Court
Southern District of Texas
**ENTERED**
March 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| CYNTHIA ARADILLAS, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>LAREDO COLLEGE, §<br>*Defendant.* § | Civil No. 5:21-cv-00160 |

# **ORDER**

To establish deadlines for the remaining pretrial events after Plaintiff's summary judgment is fully briefed, *see* Dkt. No. 111 at 20, the Court **SETS** a status conference in this case on **May 27, 2025, at 3:00 PM, in Courtroom 2B**. The parties are further **ORDERED** to be prepared to discuss the remaining pretrial events and propose deadlines for them at the conference.

IT IS SO ORDERED

Signed this March 19, 2025, in Laredo Texas.

_____
Diana Song Quiroga
United States Magistrate Judge