IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA ARADILLAS, § | | |
| Pro Se Plaintiff, § | | |
| § | | |
| V. § | 5:21-cv-00160 | |
| § | | |
| LAREDO COLLEGE, § | | |
| Defendant, § | | |

SECOND NOTICE OF APPEAL

**NOW COMES** DR. CYNTHIA ARADILLAS, as a reluctant Pro Se Plaintiff in the above entitled and numbered cause, I file my desire to Appeal the retaliatory Court ORDERS made on March 17, 2025 (Dkt. 114-2) and March 19, 2025 (Dkt. 116).

Background Information:

On March 13, 2025 I filed my OBJECTIONS to Judge Saldaña's ORDER (Dkt. 111).

On March 14, 2025 I filed my **APPEAL** to Judge Saldaña's ORDER (Dkt. 111).

Today, April 4, 2025 My desire is to APPEAL Judge Saldaña's Court Orders that take away my legal rights to APPEAL my three Unopposed Summary Judgments that I have submitted to the court that include the Defendants' violations against me.

——On March 17, 2025 -In retaliation for having submitted my Appeal against the Defendant's and their counsel, Craig Wood, who enjoyed a vacation and never Responded to my three (3) Summary Judgments even though the court always Granted his extensions to Respond, Judge Saldaña has retaliated a re-filed her Court Order against me (Dkt. 114-2).
——-On March 19, 2025 Due to my Appeal including the violations of Title VII and Second Amendment rights, Judge Saldaña's is using harassment by interfering with my Appeal with an Order for a Court Conference (Dkt. 116) in order to intimidate me, silence me, and continue to take away my Title VII rights, Freedom of Speech rights and my EEOC Rights to Sue .

Respectfully Submitted,

*Dr. Cynthia Aradillas*

PRO SE PLAINTIFF
/s/ DR. CYNTHIA ARADILLAS
9804 Starla Court
Laredo, Texas 78045
E-Mail: samaria4@email.phoenix.edu
Telephone (956) 231-3820

---

ATTORNEYS FOR DEFENDANT
Craig Wood E-Mail: cwood@wabsa.com
Katie E. Payne E-Mail: kpayne@wabsa.com
WALSH GALLEGOS KYLE ROBINSON & ROALSON, P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
Tel No.: (210) 647-5122
Fax.: (210) 647-5421

**CERTIFICATE OF SERVICE:** I hereby certify that on April 4. 2025, copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and sent to the Defendant's Attorneys via E-Mail to the following addresses:  Mark Baeza E-Mail: mbaeza@wabsa.com,
Katie E. Payne E-Mail: kpayne@wabsa.com  Craig Wood cwood@wabsa.com