United States District Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA ARADILLAS, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Civil No. 5:21-cv-00160 | |
| § | | |
| LAREDO COLLEGE, § | | |
| *Defendant.* § | | |

# **ORDER**

Given Plaintiff missed her deadline to file her one consolidated motion for summary judgment, the Court **RESETS** the May 27th status conference in this case to **April 24, 2025, at 11:30 AM, in Courtroom 2B**. The parties are further **ORDERED** to be ready to discuss how they intend to continue to litigate this case and to propose deadlines for the remaining pretrial events.

IT IS SO ORDERED

Signed this April 10, 2025, in Laredo Texas.

_____
Diana Song Quiroga
United States Magistrate Judge