United States District Court
Southern District of Texas
**ENTERED**
March 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA ARADILLAS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil No. 5:21-cv-00160 |
| | § | |
| LAREDO COLLEGE, | § | |
| *Defendant.* | § | |

## <u>ORDER</u>

To establish deadlines for the remaining pretrial events after Plaintiff's summary judgment is fully briefed, *see* Dkt. No. 111 at 20, the Court **SETS** a status conference in this case on **May 27, 2025, at 3:00 PM, in Courtroom 2B**. The parties are further **ORDERED** to be prepared to discuss the remaining pretrial events and propose deadlines for them at the conference.

IT IS SO ORDERED

Signed this March 19, 2025, in Laredo Texas.

Diana Song Quiroga
United States Magistrate Judge