APPEAL,APPEAL_NAT,MEDIATION

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Laredo)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00160
# Internal Use Only

Aradillas v. Laredo College  
Assigned to: Judge Diana Saldana  
Referred to: Magistrate Judge Diana Song Quiroga  
Cause: 28:1331 Fed. Question

Date Filed: 12/03/2021  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Cynthia Aradillas**     represented by **Cynthia Aradillas**  
Email: samaria4@email.phoenix.edu  
PRO SE

**Frank Warren Hill**  
Hill Gilstrap PC  
1400 W Abram St  
Arlington, TX 76013  
817-261-2222  
Email: fhill@hillgilstrap.com  
*TERMINATED: 07/05/2023*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stefanie Martin Klein**  
Hill Gilstrap, P. C.  
1400 West Abram Street  
Arlington, TX 76013  
469-348-4070  
Email: sklein@hillgilstrap.com  
*TERMINATED: 07/05/2023*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Laredo College** | represented by | **Katie Elizabeth Payne** <br> Walsh Gallegos Trevino Kyle & Robinson PC <br> 1020 Northeast Loop 410 <br> Ste 450 <br> San Antonio <br> San Antonio, TX 78209 <br> 210-979-6633 <br> Fax: 210-979-7024 <br> Email: kpayne@wabsa.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Donald Craig Wood** <br> Walsh Gallegos Trevino Kyle & Robinson PC <br> 1020 N.E. Loop 410 <br> Suite 450 <br> San Antonio, TX 78209 <br> 210-979-6633 <br> Email: cwood@wabsa.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2021 | 1 | NOTICE OF REMOVAL from 341st Judicial District Court, Webb County, case number 2020-CVK-000449-D (Filing fee $ 402 receipt number 0541-27427537) filed by Laredo College. (Attachments: # 1 Index, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9, # 11 Exhibit Exhibit 10, # 12 Exhibit Exhibit 11, # 13 Exhibit Exhibit 12, # 14 Exhibit Exhibit 13, # 15 Exhibit Exhibit 14, # 16 Exhibit Exhibit 15, # 17 Exhibit Exhibit 16, # 18 Exhibit Exhibit 17, # 19 Exhibit Exhibit 18, # 20 Exhibit Exhibit 19, # 21 Exhibit Exhibit 20, # 22 Exhibit Exhibit 21, # 23 Exhibit Exhibit 22, # 24 Exhibit Exhibit 23, # 25 Exhibit Exhibit 24, # 26 Exhibit Exhibit 25, # 27 Exhibit Exhibit 26, # 28 Exhibit Exhibit 27, # 29 Exhibit Exhibit 28, # 30 Exhibit Exhibit 29, # 31 Exhibit Exhibit 30, # 32 Exhibit Exhibit 31, # 33 Exhibit Exhibit 32, # 34 Exhibit Exhibit 33, # 35 Exhibit Exhibit 34, # |

| | | |
|---|---|---|
| | | 36 Exhibit Exhibit 35, # 37 Exhibit Exhibit 36, # 38 Exhibit Exhibit 37, # 39 Exhibit Exhibit 38, # 40 Exhibit Exhibit 39, # 41 Exhibit Exhibit 40, # 42 Exhibit Exhibit 41, # 43 Exhibit Exhibit 42, # 44 Exhibit Exhibit 43, # 45 Exhibit Exhibit 44, # 46 Exhibit Exhibit 45, # 47 Exhibit Exhibit 46, # 48 Exhibit Exhibit 47, # 49 Exhibit Exhibit 48, # 50 Exhibit Exhibit 49, # 51 Exhibit Exhibit 50, # 52 Exhibit Exhibit 51, # 53 Exhibit Exhibit 52, # 54 Exhibit Exhibit, # 55 Civil Cover Sheet Civil Cover Sheet, # 56 Supplement Supplemental to JS44 Civil Cover Sheet)(Wood, Donald) (Entered: 12/03/2021) |
| 12/03/2021 | 2 | CERTIFICATE OF SERVICE by Laredo College, filed. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Wood, Donald) (Entered: 12/03/2021) |
| 12/10/2021 | 3 | ANSWER to Complaint by Laredo College, filed.(Payne, Katie) (Entered: 12/10/2021) |
| 12/10/2021 | 4 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Laredo College, filed. Motion Docket Date 1/3/2022. (Attachments: # 1 Proposed Order)(Payne, Katie) (Entered: 12/10/2021) |
| 01/03/2022 | 5 | RESPONSE in Opposition to 4 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Cynthia Aradillas. (Hill, Frank) (Entered: 01/03/2022) |
| 01/10/2022 | 6 | REPLY to Response to 4 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Laredo College. (Wood, Donald) (Entered: 01/10/2022) |
| 06/08/2022 | 7 | MEMORANDUM AND ORDER granting Laredo College's 4 MOTION TO DISMISS with regards to Aradillas' claims of discrimination in violation of Title VII and and (2) First Amendment retaliation claims. These claims are thus DISMISSED. If Aradillas would like to amend her complaint to replead her First Amendment claim, she should move for leave to amend by June 29, 2022, and attach a copy of the proposed amended complaint to her filing. (Signed by Judge Diana Saldana) Parties notified.(sgonzalez, 5) (Main Document 7 replaced on 6/8/2022) (dmorales, 5). (Entered: 06/08/2022) |
| 06/10/2022 | 8 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/14/2022 at 09:30 AM by video before Magistrate Judge |

| | | |
|---|---|---|
| | | Diana Song Quiroga(Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(dmorales, 5) (Entered: 06/10/2022) |
| 06/27/2022 | 9 | CERTIFICATE OF INTERESTED PARTIES by Laredo College, filed.(Payne, Katie) (Entered: 06/27/2022) |
| 07/12/2022 | 10 | REPORT of Rule 26(f) Planning Meeting by Cynthia Aradillas, filed.(Hill, Frank) (Entered: 07/12/2022) |
| 07/14/2022 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga. Initial Pretrial and Scheduling Conference held on 7/14/2022. Plaintiff appeared via Zoom through counsel Frank Hill and Stephanie Klein, and Defendant appeared via Zoom through counsel Craig Wood. The Court held a scheduling conference. The Court reviewed the status of the case. Plaintiff has decided to not replead her First Amendment claims, and the remaining claims are for (1) breach of contract, (2) Title VII retaliation, and (3) a Section 1983 claim for deprivation of procedural due process. This case has survived a Motion to Dismiss, has an ample record, and the parties are interested in mediation at this time with a Magistrate Judge. The Court requested that the parties file a notice of intent to use Court-hosted mediation, with their preferred dates, by July 21, 2022. Since the parties are interested in early settlement discussions, the Court will not issue a scheduling order at this time. The parties will also notify the Court if mediation is unsuccessful, so the Court can set a conference to adopt a scheduling order.As a housekeeping matter, the Court requested that Stephanie Klein file a notice of appearance in this case, and either move for pro hac vice status or update her bar admission to the Southern District of Texas.Appearances: Attorneys Frank Hill and Stephanie Klein f/PLAINTIFF; Attorney Craig Wood f/DEFENDANT. (9:34 a.m.-9:56 a.m.) (ERO: Robert Tenorio) (Filed, sgoldwasser, 5). (Entered: 07/14/2022) |
| 07/21/2022 | 11 | Agreement Regarding Mediation by Cynthia Aradillas, filed. (Hill, Frank) (Entered: 07/21/2022) |
| 07/25/2022 | 12 | NOTICE of Appearance by Stefanie Klein on behalf of Cynthia Aradillas, filed. (Klein, Stefanie) (Entered: 07/25/2022) |
| 08/03/2022 | 13 | ORDER. This case is hereby REFERRED to Magistrate Judge Diana Song Quiroga for mediation. All remaining pretrial |

| | | |
|---|---|---|
| | | deadlines are STAYED pending the conclusion of the mediation. (Signed by Judge Diana Saldana) Parties notified. (dgonzalez, 5) (Entered: 08/03/2022) |
| 08/12/2022 | 14 | ADVISORY by Laredo College, filed.(Wood, Donald) (Entered: 08/12/2022) |
| 08/17/2022 | 15 | NOTICE by Laredo College, filed. (Payne, Katie) (Entered: 08/17/2022) |
| 09/02/2022 | 16 | Order for Settlement Conference. Settlement Conference (Half-day Mediation) set for 11/2/2022 at 09:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga and another Half-Day Settlement Conference set for 11/4/2022 at 09:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. Additionally, by no later than 4:00 PM on October 19, 2022, each Party shall submit a confidential Settlement Statement to the undersigned.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (sgonzalez, 5) (Entered: 09/02/2022) |
| 09/12/2022 | 17 | NOTICE of Resetting. Parties notified.Settlement Conference (Half-day Mediation) set for 11/2/2022 at 01:30 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga and another Half-Day Settlement Conference set for 11/4/2022 at 01:30 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. Additionally, by no later than 4:00 PM on October 19, 2022, each Party shall submit a confidential Settlement Statement to the undersigned. Please refer to Dkt. No. 16 for additional information.(RachelRein, 5) (Entered: 09/12/2022) |
| 10/24/2022 | 18 | AMENDED ORDER for Conference and Disclosure of Interested Parties.( Initial Pretrial and Scheduling Conference set for 11/8/2022 at 02:30 PM via by zoom before Magistrate Judge Diana Song Quiroga). Court hereby TERMINATES the settlement conference for November 2 and 4, 2022.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (sgonzalez, 5) (Entered: 10/24/2022) |
| 10/24/2022 | 19 | CERTIFICATE OF INTERESTED PARTIES by Laredo College, filed.(Wood, Donald) (Entered: 10/24/2022) |
| 10/27/2022 | | ***Set/Reset Deadlines/Hearings: Initial Pretrial and Scheduling Conference set for 11/8/2022 at 01:30 PM via Zoom before Magistrate Judge Diana Song Quiroga. A Zoom |

| | | |
|---|---|---|
| | | link will be circulated prior to the conference. (RachelRein, 5) (Entered: 10/27/2022) |
| 10/27/2022 | | Initial Conference on 11/08/2022 at 2:30 pm is terminated, setting has been rescheduled to 11/08/2022 at 1:30 pm. (FernandoVilla, 5) (Entered: 10/27/2022) |
| 11/04/2022 | 20 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Laredo College, filed.(Wood, Donald) (Entered: 11/04/2022) |
| 11/08/2022 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga. SECOND INITIAL PRETRIAL AND SCHEDULING CONFERENCE held on 11/8/2022. Plaintiff appeared via Zoom through counsel Frank Hill, and Defendant appeared via Zoom through counsel Craig Wood. The Court held a scheduling conference. The Court reviewed the status of the case. The parties agreed that mediation is unlikely to be fruitful at this time and that depositions are needed. The case is going back on the litigation track, and the parties anticipate that the case will take approximately three days to try. The parties plan to depose experts. The parties have already disclosed initial disclosures per Rule 26(a)(1). Deadline for joinder, which is not anticipated, will be November 22, 2022. The deadline to designate experts for Plaintiff is January 9, 2023, and February 21, 2023, for Defendant. Deadline to amend the pleadings is March 6, 2023. Discovery is due May 8, 2023, including the last deposition of Plaintiff. Deadline to opt into court-hosted mediation or complete ADR is May 22, 2023, and deadline to file dispositive motions is June 5, 2023. The Court also issued Track A and Track B deadlines. The Court will issue a scheduling order memorializing these deadlines. Appearances:Attorney Frank Hill f/PLAINTIFF; Attorney Craig Wood f/DEFENDANT. (1:37 p.m. 1:52 p.m.) (ERO:Terry Lozano), filed.(RachelRein, 5) (Entered: 11/08/2022) |
| 11/08/2022 | 21 | SCHEDULING ORDER. Deadline for Joinder of All Parties: November 22, 2022; Deadlines to Designate Expert Witnesses: Plaintiff: January 9, 2023, Defendant: February 21, 2023; Deadline to Amend the Pleadings: March 6, 2023; Deadline to Complete All Discovery, including depositions(s) of expert witnesses: May 8, 2023; Deadline to Opt into Court Mediation or Complete ADR; May 22, 2023Deadline to File |

| | | |
|---|---|---|
| | | Dispositive Motions: June 5, 2023. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(dgonzalez, 5) (Entered: 11/08/2022) |
| 01/09/2023 | 22 | Unopposed MOTION for Extension of Time Expert DeadlineMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 1/30/2023. (Attachments: # 1 Proposed Order)(Hill, Frank) (Entered: 01/09/2023) |
| 01/09/2023 | 23 | DESIGNATION OF EXPERT WITNESS LIST by Cynthia Aradillas, filed.(Hill, Frank) (Entered: 01/09/2023) |
| 01/11/2023 | 24 | ORDER granting 22 Motion for Extension of Time; Motion-related deadline set re: 22 Unopposed MOTION for Extension of Time Expert Deadline. Deft deadline to designate Expert Witnesses due by 3/1/2023. Plaintiff deadline to designate Expert Witnesses due by 1/17/2023.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(sgonzalez, 5) (Entered: 01/11/2023) |
| 01/17/2023 | 25 | Supplemental DESIGNATION OF EXPERT WITNESS LIST by Cynthia Aradillas, filed.(Hill, Frank) (Entered: 01/17/2023) |
| 02/20/2023 | 26 | NOTICE *vacation letter by D. Craig Wood* by Laredo College, filed. (Wood, Donald) (Entered: 02/20/2023) |
| 03/01/2023 | 27 | DESIGNATION OF EXPERT WITNESS LIST by Laredo College, filed.(Wood, Donald) (Entered: 03/01/2023) |
| 03/28/2023 | 28 | MOTION for Frank Hill and Stefanie Klein to Withdraw as AttorneyMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 4/18/2023. (Hill, Frank) (Entered: 03/28/2023) |
| 03/29/2023 | 29 | ORDER. Pending is Plaintiffs counsels Motion to Withdraw as Attorney. (Dkt. No. 28 .) Because it is not clear if Plaintiff has consented to the withdrawal or not, the Court ORDERS Plaintiff to either respond to the Motion, if opposed, or file an Advisory indicating lack of opposition by no later than April 14, 2023. Plaintiff must also report whether she intends to retain new counsel and the status of those efforts. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (sgonzalez, 5) (Entered: 03/30/2023) |
| 04/14/2023 | 30 | RESPONSE to 29 Order and Motion for Leave to Withdraw as Counsel,,, filed by Cynthia Aradillas. (ElliotGallegos, 5) |

| | | |
|---|---|---|
| | | (Entered: 04/14/2023) |
| 04/17/2023 | 31 | REPLY in Support of 28 MOTION for Frank Hill and Stefanie Klein to Withdraw as Attorney, filed by Cynthia Aradillas. (Hill, Frank) (Entered: 04/17/2023) |
| 05/10/2023 | 32 | ORDER Advisory by 5/29/2023 Motion Hearing set for 6/1/2023 at 09:40 AM in by video before Magistrate Judge Diana Song Quiroga(Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(ElliotGallegos, 5) (Entered: 05/10/2023) |
| 05/26/2023 | 33 | ADVISORY by Cynthia Aradillas, filed.(ElliotGallegos, 5) (Entered: 05/26/2023) |
| 05/31/2023 | 34 | REPLY to 33 Advisory , filed by Cynthia Aradillas. (Hill, Frank) (Entered: 05/31/2023) |
| 06/01/2023 | 35 | RESPONSE to 34 Reply, filed by Cynthia Aradillas. (RaulGamas, 5) (Entered: 06/01/2023) |
| 06/01/2023 | 🔒 36 | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga. Motion Hearing held on 06/01/2023. Plaintiff Cynthia Aradillas appeared via Zoom herself and through counsel Frank Hill and Stefanie Klein, and Defendant appeared via Zoom through counsel Craig Wood. The Court held a hearing on Plaintiffs counsels motion to withdraw. This is an employment action dispute. The parties reviewed the status of the case. (Dkt. No. 28.) Plaintiffs counsel states that breach of contract and Title VII retaliation claims remain after the District Courts ruling (Dkt No. 7) on Defendants partial motion to dismiss Plaintiffs second amended petition. Discovery has been delayed but parties are prepared to get the case back on the litigation track. The hearing on the Motion to Withdraw went ex parte at 10:08 a.m., took up issues with Plaintiff and counsel, then returned back on the record at 11:03 a.m. The Court then directed Plaintiff to file an Advisory by no later than 30 days from today, which the Court will memorialize in an order, as to whether she has secured new counsel or litigate the case on her own, at which point the Court will reissue remaining deadlines. The Court will also order Plaintiffs counsel to move to substitute counsel if Plaintiff secures new counsel by that time; otherwise, the Court will rule on the motion to withdraw. The Court will issue an order reflecting the above. All other deadlines are |

| | | | |
|---|---|---|---|
| | | | tolled until the resolution of these issues. Appearances: Cynthia Aradillas and Attorney Frank Hill and Stefanie Klein f/PLAINTIFF; Attorney Craig Wood f/DEFENDANT. (9:56 a.m. 11:10a.m.) (ERO: Mayra Ramirez), filed.(FernandoVilla, 5) (Entered: 06/01/2023) |
| 06/01/2023 | | 37 | ORDER The Court hereby ORDERS Plaintiff to file an Advisory by no later than July 3, 2023, as to whether Plaintiff has secured new counsel or will instead litigate the case on her own.If Plaintiff secures new counsel by that time, the Court ORDERS Plaintiffs counsel to move to substitute counsel by no later than July 6, 2023. Otherwise, the Court will rule on the pending 28 Motion to Withdraw as Attorney (Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(GabySalinas, 5) (Entered: 06/02/2023) |
| 06/07/2023 | | 38 | ADVISORY PLAINTIFF'S COUNSEL AND MEDIATION by Cynthia Aradillas, filed.(SylviaCGonzalez, 5) (Entered: 06/07/2023) |
| 06/14/2023 | | 39 | RESPONSE to 38 Advisory *re Plaintiff's Counsel and Mediation*, filed by Laredo College. (Attachments: # 1 Proposed Order Proposed Order)(Wood, Donald) (Entered: 06/14/2023) |
| 06/20/2023 | | 40 | ORDER. The Court hereby STRIKES Plaintiffs Advisory requesting mediation. (Dkt. No. 38 .)The Court also reiterates the deadlines set forth in its prior Order. (Dkt. No. 37 .) The Court ORDERS Plaintiff to file an Advisory by no later than July 3, 2023, as to whether Plaintiff has secured new counsel or will instead litigate the case on her own. If Plaintiff secures new counsel by that time, the Court ORDERS Plaintiffs counsel to move to substitute counsel by no later than July 6, 2023. Otherwise, the Court will rule on the pending Motion to Withdraw. (Dkt. No. 28 .) All other deadlines are TOLLED until the resolution of these issues. If no new counsel substitutes by that time, Plaintiff must proceed pro se and the Court will issue a Scheduling Order for discovery and a dispositive motions deadline on Plaintiffs remaining, surviving claims of breach of contract and Title VII retaliation. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(SylviaCGonzalez, 5) (Entered: 06/20/2023) |
| 06/21/2023 | 🔒 🔒 | 41 | (Court only) Document(s) Sent by email to Plaintiff re: 40 Order, filed. (FernandoVilla, 5) (Additional attachment(s) |

| | | |
|---|---|---|
| | | added on 6/22/2023: # 1 confirmation) (FernandoVilla, 5). (Entered: 06/22/2023) |
| 07/03/2023 | 42 | ADVISORY by Cynthia Aradillas, filed.(DanyaGarza, 5) (Entered: 07/03/2023) |
| 07/05/2023 | 43 | ORDER granting 28 Motion to Withdraw as Attorney, CONTINUES the case, and STAYS all current deadlines until July 19, 2023, in which time Plaintiff may finish locating new counsel if that is how she wishes to proceed. Attorney Frank Warren Hill and Stefanie Martin Klein terminated. The Court DENIES Plaintiffs request for a release letter. (See Dkt. No. 42 .). (Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(SylviaCGonzalez, 5) (Entered: 07/05/2023) |
| 07/06/2023 | doc | (Court only) ***Staff Notes: Order 43 emailed to Dr. Aradillas at samaria4@email.phoenix.edu (GabySalinas, 5) (GabySalinas, 5). (Entered: 07/06/2023) |
| 08/01/2023 | 44 | SCHEDULING ORDER. Request discovery responses due by 9/5/2023. All depositions due by 1/30/2024. Complete all discovery, including depositions by April 22, 2024. Dispositive Motion Filing due by 4/22/2024. Responses due by 9/5/2023.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(SylviaCGonzalez, 5) (Entered: 08/01/2023) |
| 08/30/2023 | 45 | ADVISORY by Cynthia Aradillas, filed.(RaulGamas, 5) (Entered: 08/31/2023) |
| 10/02/2023 | 46 | PLAINTIFF MOTION TO MOVE CASE TO STATE COURTMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 10/23/2023. (BenMendoza, 5) (Entered: 10/02/2023) |
| 10/06/2023 | 47 | ORDER: On October 2, 2023, Plaintiff filed her Motion to Remand. Dkt. No. 46 . If Defendant wishes to oppose the Motion, it MUST FILE a response by October 24, 2023. If Plaintiff wishes to reply to the response, she MUST FILE her reply within seven days of the day on which the response is filed. The parties are ADMONISHED that, in the meantime, and throughout the pendency of Plaintiffs Motion, the obligations and deadlines set out in the Scheduling Order, Dkt. No. 44 , shall remain in force, unabated.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (FernandoVilla, 5) (Entered: 10/10/2023) |

| | | |
|---|---|---|
| 10/24/2023 | 48 | RESPONSE in Opposition to 46 MOTION, filed by Laredo College. (Payne, Katie) (Entered: 10/24/2023) |
| 11/01/2023 | 49 | PLANTIFF RESPONSE to 48 Response in Opposition to Motion, filed by Cynthia Aradillas. (ElliotGallegos, 5) (Entered: 11/01/2023) |
| 01/05/2024 | 50 | Plaintiff Repeating and Restating MOTION to Move Motion to Move Case to State Court.Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 1/26/2024. (SylviaCGonzalez, 5) (Entered: 01/05/2024) |
| 01/05/2024 | 51 | Plaintiff MOTION to Recuse the Defendant's Attorneys and Law Firm by Cynthia Aradillas, filed. Motion Docket Date 1/26/2024. (SylviaCGonzalez, 5) (Entered: 01/05/2024) |
| 01/05/2024 | 52 | MOTION to Disregard my Dkt No. 45 Plaintiff Advisory to Court Per SeMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 1/26/2024. (SylviaCGonzalez, 5) (Entered: 01/05/2024) |
| 01/09/2024 | 53 | PLAINTIFF'S AMENDED PETITION with Jury Demand against All Defendants filed by Cynthia Aradillas. (VeronicaMadrigal, 5) (Entered: 01/09/2024) |
| 01/10/2024 | 54 | Plantiff's MOTION In Limine by Cynthia Aradillas, filed. Motion Docket Date 1/31/2024. (ElliotGallegos, 5) (Entered: 01/10/2024) |
| 01/12/2024 | 🔒 55 | Plaintiff's Traditional MOTION for Partial Summary Judgment on Liability by Cynthia Aradillas, filed. Motion Docket Date 2/2/2024. (SylviaCGonzalez, 5) (Additional attachment(s) added on 1/17/2024: # 1 Exhibit 1) (SylviaCGonzalez, 5). (Additional attachment(s) added on 1/17/2024: # 2 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 3 Continuation, # 6 Exhibit 3 Continuation, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9) (SylviaCGonzalez, 5). (Entered: 01/17/2024) |
| 01/26/2024 | 56 | Opposed RESPONSE to 50 MOTION filed by Laredo College. (Payne, Katie) (Entered: 01/26/2024) |
| 01/26/2024 | 57 | PROPOSED ORDER *Denying Plaintiff's Motion to Remand* re: 50 MOTION, filed.(Payne, Katie) (Entered: 01/26/2024) |
| 01/26/2024 | 58 | RESPONSE in Opposition to 51 MOTION for Recusal, filed by Laredo College. (Attachments: # 1 Proposed Order |

| | | |
|---|---|---|
| | | Denying Plaintiff's Motion to Recuse the Defendant's Attorneys and Law Firm, # 2 Exhibit Final Judgment)(Payne, Katie) (Entered: 01/26/2024) |
| 02/01/2024 | 59 | Opposed MOTION to Strike 53 Amended Complaint/Counterclaim/Crossclaim etc. Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 2/22/2024. (Attachments: # 1 Proposed Order granting Motion to Strike)(Payne, Katie) (Entered: 02/01/2024) |
| 02/02/2024 | 60 | MOTION to Strike 55 MOTION for Partial Summary Judgment Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 2/23/2024. (Attachments: # 1 Proposed Order Striking Plaintiff's Traditiona Motion for Partial SummaryJudgement, # 2 Exhibit A)(Payne, Katie) (Entered: 02/02/2024) |
| 02/08/2024 | 61 | Plaintiff's MOTION for Leave to File an Amended Petition and Complaint.Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 2/29/2024. (SylviaCGonzalez, 5) (Entered: 02/08/2024) |
| 02/08/2024 | 62 | Plaintiff's Second Amended Traditional MOTION for Partial Summary Judgment on Liability by Cynthia Aradillas, filed. Motion Docket Date 2/29/2024. (SylviaCGonzalez, 5) (Additional attachment(s) added on 2/9/2024: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21) (SylviaCGonzalez, 5). (Entered: 02/08/2024) |
| 02/22/2024 | 63 | NOTICE *of Change of Firm Name* by Laredo College, filed. (Payne, Katie) (Entered: 02/22/2024) |
| 02/23/2024 | 64 | Plaintiff's Second (2nd) MOTION for Leave to Complete the Amended Petition and ComplaintMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 3/15/2024. (SylviaCGonzalez, 5) (Entered: 02/23/2024) |
| 02/28/2024 | 65 | Plaintiff's MOTION Conference Request with Judge Saldana.Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 3/20/2024. (SylviaCGonzalez, 5) (Entered: 02/29/2024) |

| | | |
|---|---|---|
| 02/28/2024 | 68 | Plaintiff's Third AMENDED TRADITIONAL MOTION for Partial Summary Judgment on Liability. Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 3/20/2024. (SylviaCGonzalez, 5) (Entered: 03/01/2024) |
| 02/29/2024 | 66 | RESPONSE in Opposition to 61 MOTION for Leave to File File an Amended Petition and Complaint, filed by Laredo College. (Attachments: # 1 Proposed Order Denying Plaintiff's Motion)(Payne, Katie) (Entered: 02/29/2024) |
| 02/29/2024 | 67 | Opposed MOTION for Extension of Time To File a Response to Plaintiff's Second Amended Traditional Motion for Summary JudgementMotions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 3/21/2024. (Attachments: # 1 Proposed Order Granting Defendant's Motion for Extension)(Payne, Katie) (Entered: 02/29/2024) |
| 03/06/2024 | 69 | Plaintiff's RESPONSE to Defendant's Response 66 Motion for Leave to Complete Amended 61 MOTION for Leave to File an Amended Petition and Complaint, filed by Cynthia Aradillas. (SylviaCGonzalez, 5) (Entered: 03/06/2024) |
| 03/15/2024 | 70 | ORDER denying 46 Motion. Accordingly, Plaintiffs Motion to Remand (Dkt. 46) is hereby DENIED.(Signed by Judge Diana Saldana) Parties notified.(RobertTenorio, 5) (Entered: 03/15/2024) |
| 03/19/2024 | 71 | MOTION for Reconsideration of 70 Order on Motion to Remand ( Motion Docket Date 4/9/2024.), MOTION for Trial Conference by Cynthia Aradillas. Motions referred to Diana Song Quiroga., filed. (Attachments: # 1 Proposed Order)(RobertTenorio, 5) Modified on 3/20/2024 (RobertTenorio, 5). (Entered: 03/20/2024) |
| 03/20/2024 | 72 | RESPONSE in Opposition to 64 MOTION for Leave to File Amended Petition and Complaint, filed by Laredo College. (Attachments: # 1 Proposed Order Denying Plaintiff's Motion)(Payne, Katie) (Entered: 03/20/2024) |
| 03/22/2024 | 73 | Opposed MOTION for Extension of Time To File a Response to Plaintiff's Motions for Summary Judgement and Request for Status ConferenceMotions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 4/12/2024. (Attachments: # 1 Proposed Order Granting |

| | | |
|---|---|---|
| | | Defendant's Motion for Extension) (Payne, Katie) (Entered: 03/22/2024) |
| 03/25/2024 | 74 | ORDER granting Defendant's 73 Opposed MOTION for Extension of Time To File a Response to Plaintiff's Motions for Summary Judgement. the April 22 deadline to file dispositive motions is terminated, and no motion, response, or reply shall be due until further notice. In light of this, Defendants former 67 Motion for Extension, is STRUCK as moot.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (dlg5) (Entered: 03/25/2024) |
| 03/25/2024 | 🔒 | (Court only) ***Motion(s) terminated: 67 Opposed MOTION for Extension of Time To File a Response to Plaintiff's Second Amended Traditional Motion for Summary Judgement. (scg5) (Entered: 02/21/2025) |
| 03/28/2024 | 75 | MOTION for Conference Request with Judge Saldana ( Motion Docket Date 4/18/2024.), MOTION for Leave to Complete the Amended Petition and Complaint 64 and Plaintiff's Response to Oppose 73 Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. (Attachments: # 1 Proposed Order) (scg5) (Main Document 75 replaced on 3/29/2024) (scg5). (Entered: 03/28/2024) |
| 04/22/2024 | 76 | Plaintiff's MOTION for Conference Request with Judge Saldana.Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 5/13/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 04/22/2024) |
| 04/22/2024 | 77 | Plaintiff's Two Motions: MOTION for Extension of Time to file Discovery and MOTION for Leave to Conduct Additional Discovery. (Motion Docket Date 5/13/2024.)Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. (Attachments: # 1 Proposed Order) (scg5) (Entered: 04/22/2024) |
| 04/22/2024 | 78 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 70 Order by Cynthia Aradillas, filed. (Attachments: # 1 Proposed Order) (scg5) (Entered: 04/22/2024) |
| 04/22/2024 | 79 | Plaintiff's Amended MOTION to Recuse the Defendant's Attorneys and Law Firm by Cynthia Aradillas, filed. Motion Docket Date 5/13/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 04/22/2024) |

| | | | |
|---|---|---|---|
| 04/22/2024 | 🔒 | 80 | Plaintiff's Third (3rd) Amended Traditional MOTION for Partial Summary Judgment on Liability by Cynthia Aradillas, filed. Motion Docket Date 5/13/2024. (Attachments: # 1 Proposed Order) (scg5) (Additional attachment(s) added on 4/22/2024: # 2 Exhibit 32) (scg5). (Additional attachment(s) added on 4/22/2024: # 3 Exhibit 33) (scg5). (Entered: 04/22/2024) |
| 04/23/2024 | | 81 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 78 Notice of Appeal. Fee status: Not Paid. Reporter(s): Robert Tenorio, Terry Lozano, Mayra Ramirez, filed. (rlt5) (Additional attachment(s) added on 4/23/2024: # 1 Notice of Appeal, # 2 Docket Sheet, # 3 Order) (rlt5). (Entered: 04/23/2024) |
| 05/02/2024 | | 82 | Plaintiff's MOTION to Postpone Plaintiff's Appeal, the Order denying Motion to Remand (Dkt 78) & Postpone the Court's Order & Memorandum of Law (Dkt 83-1)Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 5/23/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 05/02/2024) |
| 05/08/2024 | | 83 | NOTICE *of Vacation Letter* by Laredo College, filed. (Wood, Donald) (Entered: 05/08/2024) |
| 05/10/2024 | | 84 | ORDER. Plaintiffs motion to certify an interlocutory appeal (Dkt. 78 ) is DENIED.(Signed by Judge Diana Saldana) Parties notified. (scg5) (Entered: 05/10/2024) |
| 05/17/2024 | | 85 | Plaintiff's COMPLAINT against Laredo College and Motion to Reconsider Plaintiff's Motion to Certify an Interlocutory appeal 78 filed by Cynthia Aradillas. (scg5) (Entered: 05/17/2024) |
| 06/10/2024 | | 86 | MOTION For Ruling on Plaintiff's Traditional Motion for Summary Judgement on Liability Dkt. 80 by Cynthia Aradillas, filed. Motions referred to Diana Song Quiroga. Motion Docket Date 7/1/2024. (Attachments: # 1 Proposed Order) (rlt5) (Entered: 06/10/2024) |

| | | |
|---|---|---|
| 06/26/2024 | 87 | Plaintiff's MOTION to Compel the Defendant Include Whistleblower Prohibited PracticeMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 7/17/2024. (Attachments: # 1 Proposed Order) (rlt5) (Entered: 06/26/2024) |
| 07/09/2024 | 88 | MOTION for Leave to Complete the Amended Petition with Whistleblower ClaimMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 7/30/2024. (Attachments: # 1 Proposed Order) (djm5) (Entered: 07/09/2024) |
| 07/10/2024 | 89 | ORDER. Plaintiff is ORDERED to file a single, consolidated motion to amend the complaint by August 16, 2024; Defendants response shall be due by September 6, 2024, and any reply shall be due by September 13, 2024. (Signed by Judge Diana Saldana) Parties notified. (vcc5) (Entered: 07/10/2024) |
| 07/23/2024 | 90 | Order of USCA; Judgment issued as mandate 7/22/2024 re: 78 Notice of Appeal ; USCA No. 24-40287. The appeal is DISMISSED for want of jurisdiction., filed. (dlg5) (Entered: 07/23/2024) |
| 07/30/2024 | 91 | MOTION for Hearing Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 8/20/2024. (ElliotGallegos, 5) (Entered: 07/30/2024) |
| 08/16/2024 | 92 | Pro Se Fifth AMENDED PETITION and COMPLAINT against Laredo College filed by Cynthia Aradillas. (scg5) (Entered: 08/19/2024) |
| 09/06/2024 | 93 | RESPONSE in Opposition to 91 MOTION for Hearing, filed by Laredo College. (Attachments: # 1 Proposed Order) (Payne, Katie) (Entered: 09/06/2024) |
| 09/13/2024 | 94 | MOTION for Leave Pro Se Plaintiff's Sixth Amended Petition and Complaint Reply to Defendant Dkt 93 Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 10/4/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 09/13/2024) |
| 10/11/2024 | 95 | MOTION for Leave Pro Se Plaintiff's Seventh Amended Petition, Defendants and ComplaintsMotions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 11/1/2024. (tat5) (Entered: 10/11/2024) |

| | | |
|---|---|---|
| 10/22/2024 | 96 | Unopposed Pro Se Plaintiff's MOTION Final Judgment on Four Unopposed Summary Judgment Motions. Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 11/12/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 10/22/2024) |
| 10/22/2024 | 97 | Pro Se Plaintiff's MOTION for Leave Eighth Amended Petition and Complaints. Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 11/12/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 10/22/2024) |
| 10/23/2024 | 98 | Unopposed Pro Se Plaintiff's MOTION Final Judgment on Four Unopposed Summary Judgment Motions. Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 11/13/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 10/23/2024) |
| 10/23/2024 | 99 | Pro Se Plaintiff's MOTION for Leave Eighth Amended Petition and Complaints. Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 11/13/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 10/23/2024) |
| 11/01/2024 | 100 | MOTION to Strike 95 MOTION for Leave to File Motion For Leave Pro Se Plaintiff's Seventh Amended Petition, Defendants and Complaints Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 11/22/2024. (Attachments: # 1 Proposed Order Order Granting Defendant's Motion to Strike Plaintiff's Motion for Leave to File Plaintiff's Seventh Amended Petition (ECF No. 95), # 2 Proposed Order Order Denying Plaintiff's Motion for Leave to File Plaintiff's Seventh Amended Petition) (Payne, Katie) (Entered: 11/01/2024) |
| 11/06/2024 | 101 | MOTION to Modify and Correct the Case with a Pro Se Plantiff Reply to Oppose Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 11/27/2024. (Attachments: # 1 Proposed Order) (egg5) (Entered: 11/06/2024) |
| 11/12/2024 | 102 | MOTION to Strike *Plaintiff's Eighth Amended Complaint* Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 12/3/2024. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order, # 2 Proposed Order) (Payne, Katie) (Entered: 11/12/2024) |
| 11/12/2024 | 103 | MOTION to Strike *Plaintiff's Motion for Final Judgment (ECF No. 98)* Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 12/3/2024. (Attachments: # 1 Proposed Order, # 2 Proposed Order) (Payne, Katie) (Entered: 11/12/2024) |
| 11/12/2024 | 104 | MOTION to Strike *Plaintiff's Motion for Final Judgment (ECF No. 96)* Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 12/3/2024. (Attachments: # 1 Proposed Order, # 2 Proposed Order) (Payne, Katie) (Entered: 11/12/2024) |
| 11/13/2024 | 105 | MOTION to Strike *Plaintiff's Motion for Leave to File 8th Amended Petition* Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 12/4/2024. (Attachments: # 1 Proposed Order Granting Motion to Strike Plaintiff's 8th Amended Petition (ECF No. 99), # 2 Proposed Order Denying Plaintiff's Motion for Leave to File 8th Amended Petition (ECF No. 99)) (Payne, Katie) (Entered: 11/13/2024) |
| 11/19/2024 | 106 | Judge Saldana's Immediate Final Judgment Required Pro Se Plaintiff's MOTION to Leave Ninth Amended Petition and Complaints Reply to Motions Dockets 100 , 102 , 103 , 104 , 105 Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 12/10/2024. (Attachments: # 1 Proposed Order) (scg5) (Entered: 11/19/2024) |
| 12/10/2024 | 107 | MOTION to Strike 106 MOTION Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 12/31/2024. (Attachments: # 1 Proposed Order, # 2 Proposed Order) (Payne, Katie) (Entered: 12/10/2024) |
| 12/16/2024 | 108 | Pro Se Plaintiff's MOTION for Overdue Final Judgment in Favor of Dr. Aradillas and Reply to Dkt 107 Defendant's Motion to Strike Plaintiff's "Judge Saldaa's Immediate Final Judgment Required Pro Se Plaintiff's Motion to Leave Ninth Amended Petition and Complaints reply to Motions.Motions referred to Diana Song Quiroga. by Cynthia Aradillas, filed. Motion Docket Date 1/6/2025. (Attachments: # 1 Proposed Order) (scg5) (Entered: 12/17/2024) |

| | | |
|---|---|---|
| 01/06/2025 | 109 | MOTION to Strike 108 MOTION Motions referred to Diana Song Quiroga. by Laredo College, filed. Motion Docket Date 1/27/2025. (Attachments: # 1 Proposed Order, # 2 Proposed Order) (Payne, Katie) (Entered: 01/06/2025) |
| 01/10/2025 | 110 | PRO SE Plaintiff's Reply to 109 MOTION to Strike 108 MOTION , filed by Cynthia Aradillas. (rlt5) (Entered: 01/13/2025) |
| 03/05/2025 | 111 | ORDER. Plaintiffs Fifth Amended Petition and Complaint (Dkt. 92) and Plaintiffs Motion for Leave to Amend Pleadings and Sixth Amended Petition and Complaint (Dkt. 94) are DENIED. All of Plaintiffs other pending Motions (Dkts. 5055, 6162, 6465, 6869, 71, 7577, 7980, 82, 8588, 91, 9599, 101, 106, 108) are DENIED without prejudice. All of Defendants pending Motions to Strike (Dkts. 5960, 100, 102105, 107, 109) are DENIED as moot.Plaintiff is ORDERED to file ONE motion for summary judgment by April 4, 2025. Defendants response shall be due by May 5, 2025, and any reply shall be due by May 12, 2025.The Clerk of Court is DIRECTED to terminate Dkts. 50, 51, 52, 53, 54, 55, 59, 60, 61, 62, 64, 65, 68, 69, 71, 75, 76, 77, 79, 80, 82, 85, 86, 87 88, 91, 92, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, and 109. (Signed by Judge Diana Saldana) Parties notified. (tat5) (Entered: 03/05/2025) |
| 03/13/2025 | 112 | Pro Se Plaintiff's OBJECTIONS to 111 Order and Motion for Withdrawal of Order 111 and Moves for the Final Judgment in Dr. Aradilla's Favor and Motion for Setting Hearing filed by Cynthia Aradillas. (scg5) (Additional attachment(s) added on 3/13/2025: # 1 Proposed Order) (scg5). (Entered: 03/13/2025) |
| 03/14/2025 | 113 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Cynthia Aradillas, filed. (Attachments: # 1 Proposed Order, # 2 Reply, # 3 Proposed Order) (egg5) (Entered: 03/14/2025) |
| 03/17/2025 | 114 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 113 Notice of Appeal. Fee status: Not Paid. Reporter(s): Robert Tenorio; Terry Lozano; Mayra Ramirez;, filed. (Attachments: # 1 Notice of Appeal, # 2 Order, # 3 docket sheet) (scg5) (Entered: 03/17/2025) |

| | | |
|---|---|---|
| 03/18/2025 | 115 | ORDER. Plaintiffs Motion for Withdrawal of Order (Dkt. 112) is STRICKEN and Plaintiffs motion to certify an interlocutory appeal, styled as a Notice of Appeal (Dkt. 113), is DENIED. The Parties are ADMONISHED that the summary judgment briefing deadlines remain in effect: Plaintiffs ONE motion for summary judgment is due by April 4, 2025, Defendants response is due by May 5, 2025, and any reply is due by May 12, 2025. (Signed by Judge Diana Saldana) Parties notified. (scg5) (Entered: 03/19/2025) |
| 03/19/2025 | 116 | ORDER Status Conference set for 5/27/2025 at 03:00 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga (Signed by Judge Diana Saldana) Parties notified. (egg5) (Entered: 03/19/2025) |
| 04/04/2025 | 117 | SECOND NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Cynthia Aradillas, filed. (scg5) (Entered: 04/04/2025) |
| 04/10/2025 | 118 | ORDER Status Conference set for 4/24/2025 at 11:30 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (egg5) (Entered: 04/10/2025) |
| 04/15/2025 | 119 | ORDER. Plaintiffs second motion to certify an interlocutory appeal, styled as a Second Notice of Appeal (Dkt. 117), is DENIED. The Parties are ADMONISHED that the status conference before the Magistrate Judge has been reset to April 24, 2025 at 11:30 AM in Courtroom 2B. The Parties are WARNED that failure to appear at a court-ordered hearing, such as this status conference, may subject a party to sanctions, up to and including the dismissal of this lawsuit for failure to comply with court orders, if appropriate. (Signed by Judge Diana Saldana) Parties notified. (scg5) (Entered: 04/15/2025) |