United States District Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA ARADILLAS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil No. 5:21-cv-00160 |
| | § | |
| LAREDO COLLEGE, | § | |
| *Defendant.* | § | |
| | § | |

## **ORDER**

The Court GRANTS Plaintiff's request for a continuance (Dkt. No. 121) and reschedules the status hearing for **MONDAY, MAY 19, 2025, at 2:00 P.M.** before the undersigned in Courtroom 2B.  Plaintiff is warned that this hearing will not be rescheduled.

Plaintiff makes certain allegations in her motion for continuance that misconstrue the status of her case despite the Court's prior orders.  Therefore, it is imperative for the Plaintiff to attend the status conference in order for her case to proceed properly.  Once again, the parties are WARNED that failure to appear at a court-ordered hearing may subject a party to sanctions, up to and including the dismissal of this lawsuit for failure to comply with court orders, if appropriate.

Lastly, Plaintiff once more is reminded that she must confer with opposing counsel on the filing of motions and include a certificate of conference.  The Court most recently repeated the rules applicable to motion practice in the Court's Orders of March 5, 2025 (Dkt. No. 111 at 19) and March 18, 2025 (Dkt. No. 115 at 3) (re-stating requirement of parties' conferral before filing non-dispositive motions and including a certificate of conference).  Motions filed without a Certificate of Conference will be stricken from the record.

IT IS SO ORDERED

Signed this April 23, 2025, in Laredo Texas.

Diana Song Quiroga
United States Magistrate Judge