**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CYNTHIA ARADILLAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:21-CV-00160** |
| | § | |
| **LAREDO COLLEGE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On May 13, 2025, Plaintiff Cynthia Aradillas ("Plaintiff"), proceeding *pro se*, filed an Opposed Motion to Disqualify the undersigned District Judge and Magistrate Judge Diana Song Quiroga from this case pursuant to 28 U.S.C. § 144 and 455. (*See* Dkt. 127 at 1, 4–5.) Plaintiff claims that both the Court and the Magistrate Judge "have demonstrated their personal biases, prejudice against me, and in favor an adverse party, Laredo College."[1] (*Id.* at 4.) While the Motion contains many unsupported allegations of bias and retaliation against Plaintiff, the actual substance of the Motion consists of Plaintiff's complaints about the rulings the Court and Magistrate Judge have made in this case. (*See* Dkt. 127.)

"Under either statute [28 U.S.C. § 144 or 455], the alleged bias must be personal, as distinguished from judicial, in nature." *United States v. Scroggins*, 485 F.3d 824, 830 (5th Cir. 2007) (quoting *Phillips v. Joint Legislative Committee on Performance & Expenditure Review*, 637 F.2d 1014, 1020 (5th Cir. 1981)). Thus, as both the Supreme Court and the Fifth Circuit have held, judicial rulings will not ordinarily support a motion to disqualify a judge on the basis of bias.

---

[1] So in original. (Dkt. 127 at 4.)

1 / 2

*See Shields v. Thaler*, 2013 WL 1767758, at *1 (S.D. Tex. Apr. 23, 2013) (citing *Liteky v. United States*, 510 U.S. 540, 555 (1994); *United States v. Landerman*, 109 F.3d 1053, 1066 (5th Cir. 1997); *United States v. MMR Corp.*, 954 F.2d 1040, 1045 (5th Cir. 1992)). Rather, "the judge's rulings should constitute grounds for appeal, not for recusal." *Id.* (quoting *Landerman*, 109 F.3d at 1066).[2]

Plaintiff's assertions that the Court and Magistrate Judge have demonstrated bias by ruling against her on various issues do not support either Judge's disqualification. Accordingly, Plaintiff's Opposed Motion to Disqualify District Judge Diana Saldaña and Magistrate Judge Diana Song Quiroga (Dkt. 127) is hereby DENIED.

IT IS SO ORDERED.

SIGNED this May 15, 2025.

_____

Diana Saldaña
United States District Judge

---

[2] As the Court has noted in its prior Orders (Dkts. 115, 119, 128), any such appeal must be filed at the proper time in the proceedings, after a final judgment is issued. *See Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809–10 (5th Cir. 1993).

2 / 2