

June 12, 2025

Honorable Judge Diana Saldana                                    Via Electronic Filing
United States District Court
for the Southern District of Texas
1300 Victoria St
Laredo, Texas 78040

RE:     Civil Action No. 5:21-cv-00160; *Cynthia Aradillas v. Laredo College;* in the United States District Court for the Southern District of Texas, Laredo Division

Dear Honorable Saldana:

Please be advised that I have scheduled vacation and I will be unavailable from August 23, 2025 through September 6, 2025. I respectfully request that no hearings, trial, depositions or other matters be scheduled during this timeframe or the week that follows. By copy of this correspondence, I am notifying all counsel of record of my scheduled vacation and requesting that they refrain from scheduling any hearings, depositions, etc., during this time.

Thank you for your courtesy and attention to this request. Should you have any questions, please do not hesitate to contact me.

Sincerely,

D. Craig Wood

cc:
Cynthia Aradillas, Pro Se Plaintiff, *Via E-mail:* samaria4@email.phoenix.edu