Case 5:21-cv-00160   Document 138   Filed on 06/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| CYNTHIA ARADILLAS, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> LAREDO COLLEGE, § <br> *Defendant.* § | Civil No. 5:21-cv-00160 |

# **ORDER**

On June 18, 2025, the Court held a Status Conference in this matter. Pursuant to the Conference, the Court now enters the following deadlines:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline to Complete Depositions of Ricardo Solis and Mercurio Martinez | **August 20, 2025** |
| Defendant's Deadline to File Summary Judgment Motion | **September 19, 2025** |
| Plaintiff's Deadline to Respond and File Cross Summary Judgment Motion | **October 17, 2025** |
| Defendant's Response/Reply Deadline | **October 24, 2025** |
| Status Conference | **To be set as necessary for any remaining claims.** |

IT IS SO ORDERED

Signed this June 18, 2025, in Laredo Texas.

_____
Diana Song Quiroga
United States Magistrate Judge