IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **CYNTHIA ARADILLAS,** § | | |
| **Pro Se Plaintiff,** § | | |
| § | | |
| **V.** § | 5:21-cv-00160 | |
| § | | |
| **LAREDO COLLEGE,** § | | |
| **Defendant,** § | | |

FOURTH NOTICE OF APPEAL

**COMES NOW DR. CYNTHIA ARADILLAS**, as a reluctant Pro Se Plaintiff in the above entitled and numbered cause; I file my desire to Appeal even though Judge Magistrate Song Quiroga denies all my court filings, I am filing my Appeal against the retaliatory Court ORDERS made against me on;

—May 16, 2025 ORDER denying Urgent Whistleblower Act and Disqualification MOTION 28
  U.S. Code 455- Disqualification of Justice, Judge Magistrate Song Quiroga (Dkt. 133)
  (possibly also Judge Saldana)

—June 18, 2025 COURT ORDER (Dkt. 138) is based on a retaliatory hearing that took away all
  my legal rights in open court where other lawyers witnessed the violations.

As a Whistleblower, I am filing against the brazen judicial misconduct that began from the time Judge Magistrate Song Quiroga (possibly also Judge Saldana) violated rules to withdraw Frank Hill and Stefanie Klein from my case after I was robbed $50,000.00, and they left me Pro Se against my will, until now that they worked together against my will to take away my EEOC Rights to Sue and the judge denies every Motion that I make. This included motions against the judges relationship with Craig Wood; the other party enjoyed vacations instead of responding to my three summary judgments knowing that the judge approves of his vacations, she will make me re-file my motions while she illegally accommodates in Wood's advantage.

Respectfully Submitted,

PRO SE PLAINTIFF
/s/ DR. CYNTHIA ARADILLAS
9804 Starla Court
Laredo, Texas 78045
E-Mail: samaria4@email.phoenix.edu
Telephone (956) 231-3820

---

ATTORNEYS FOR DEFENDANT
Craig Wood E-Mail: cwood@wabsa.com
Katie E. Payne E-Mail: kpayne@wabsa.com
WALSH GALLEGOS KYLE ROBINSON & ROALSON, P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
Tel No.: (210) 647-5122
Fax.: (210) 647-5421

**CERTIFICATE OF SERVICE:** I hereby certify that on June 20. 2025, copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and sent to the Defendant's Attorneys via E-Mail to the following addresses:  Mark Baeza E-Mail: mbaeza@wabsa.com, Katie E. Payne E-Mail: kpayne@wabsa.com Craig Wood cwood@wabsa.com